IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., by and through his parent and guardian ad litem, T.C. and T.C. individually,<br><br>Plaintiffs,<br><br>v.<br><br>OAKDALE JOINT UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | 1:11-CV-01112 AWI DLB<br><br>ORDER MOVING HEARING TO OCTOBER 31, 2011 |

Currently pending before this Court is Defendants' motion to dismiss. This motion is set for hearing on October 17, 2011, at 1:30 p.m. in Courtroom 2.

The Court has determined that it is necessary to reschedule the hearing on this matter. Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 17, 2011, is VACATED, and the hearing on this matter is set for October 31, 2011, at 1:30 p.m in Courtroom 2.

IT IS SO ORDERED.

Dated:   October 13, 2011

CHIEF UNITED STATES DISTRICT JUDGE