IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., by and through his parent and guardian ad litem, T.C. and T.C. individually,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>OAKDALE JOINT UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | 1:11cv01112 AWI DLB<br><br>ORDER GRANTING REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE<br>(Document 32)<br><br>New Date: January 18, 2012<br>　　　　　　9:00 a.m.<br>　　　　　　Courtroom 9 |

　　On November 22, 2011, Plaintiffs D.C., by and through his parent and guardian ad litem, T.C., and T.C. individually, filed a request to continue the December 6, 2011, Scheduling Conference.  Pursuant to the Court's November 18, 2011, order granting Defendants' motion to dismiss, Plaintiffs' amended complaint is due on December 9, 2011.  Plaintiff request a continuance because "the causes of action remain unsettled."

　　Defendants filed a statement of non-opposition on November 22, 2011.

　　Accordingly, Plaintiffs' request is GRANTED.  The Scheduling Conference CONTINUED to January 18, 2012, at 9:00 a.m., in Courtroom 9.  The parties shall file a Joint Scheduling Conference Statement one week prior to the hearing.

　　IT IS SO ORDERED.

　　**Dated:   November 28, 2011**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1