**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.C., by and through his parent and guardian ad litem, T.C.; and T.C., individually,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>OAKDALE JOINT UNIFIED SCHOOL DISTRICT et al.,<br><br>　　　　　Defendants. | 1:11-cv-01112-AWI-DLB<br><br>ORDER VACATING HEARING DATE OF JANUARY 30, 2012 AND TAKING MATTER UNDER SUBMISSION |

The motion of defendants Oakdale Joint Unified School District et al. to dismiss the second and third causes of action in the first amended complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) has been set for hearing on January 30, 2012.  The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument.  *See* Local Rule 230(g).  Accordingly, the previously scheduled hearing date of January 30, 2012 is hereby VACATED, and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 23, 2012

　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE