UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
[FRESNO DIVISION]

| | |
|---|---|
| D.C., by and through his parent and guardian ad litem, T.C. and T.C. individually<br><br>　　　　　Plaintiffs,<br>　v.<br><br>OAKDALE JOINT UNIFIED SCHOOL DISTRICT et. al.<br><br>　　　　　Defendants.<br>_____/ | No. 1:11 CV-01112-AWI-DLB<br><br>STIPULATION FOR REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM AND ORDER<br><br>(Local Rule 271(i)) |

　　　The parties, by and through their attorneys, hereby stipulate and request the Court order, pursuant to Eastern District Local Rule 271(i), referral to the Court's Voluntary Dispute Resolution Program. The parties request the VDRP Administrator supply a list of three potential Neutrals pursuant to Local Rule 271(e)(3), the Neutral be selected on or before July 2, 2012, the process be completed by August 31, 2012, and the Neutral file a confirmation of completion by September 14, 2012. No modification or additions to the existing Scheduling Order is requested at this time. The parties do not foresee any discovery or motions that need to be completed before the VDRP session is held nor do the parties require any discovery or motions be stayed until the VDRP session is concluded.

DATED: June 6, 2012

By: /s/ EVAN GOLDSEN
EVAN GOLDSEN
Attorney for Plaintiffs

DATED: June 6, 2012

HALKIDES, MORGAN & KELLEY

By: /s/ JOHN P. KELLEY
JOHN P. KELLEY
Attorney for Defendants

Through administrative oversight, the Court has only now become aware of the parties' stipulation. The Court shall give effect to all stipulated dates except for July 2, 2012, which has already passed. The VDRP Administrator is hereby ordered to supply a list of three potential Neutrals for selection by the parties. If, after selection of the Neutral, the August 31 and September 14 dates are no longer feasible, the parties shall file an amended stipulation with revised dates.

IT IS SO ORDERED.

Dated: July 12, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE