**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| D.C., by and through his parent and guardian ad litem, T.C.; and T.C., individually,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>OAKDALE JOINT UNIFIED SCHOOL DISTRICT et al.,<br><br>　　　　　　　Defendants. | 1:11-cv-01112-AWI-DLB<br><br>ORDER CONTINUING FILING AND HEARING DATES ON PHASE I MOTIONS FOR SUMMARY JUDGMENT<br><br>(Doc. 55) |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On March 19, 2012, the Magistrate Judge issued a scheduling order bifurcating the case into two phases: Phase I, consisting of the Individuals with Disabilities Education and Improvement Act appeal (the first cause of action), to be decided by the Court; and Phase II, for all other causes of action potentially triable to a jury. Phase I was to be decided by competing motions for summary judgment, with said motions filed on or before October 19, 2012 and heard no later than December 10, 2012.

　　On September 25, 2012, the parties filed a joint stipulation and motion to continue the filing and hearing dates on Phase I motions for summary judgment. The parties represented to the Court that they expect to engage in mediation with VDRP neutral attorney Stuart Somach on October 16, 2012 and requested the Court modify the briefing schedule to accommodate the mediation session.

The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds good cause for the requested continuance.  Accordingly, the parties' motion to continue the filing and hearing dates on Phase I motions for summary judgment shall be GRANTED.  The Phase I briefing schedule is hereby modified as follows:

1. Motions for summary judgment shall be filed on or before December 3, 2012;
2. Oppositions shall be filed on or before January 9, 2013; and
3. Replies shall be filed on or before January 31, 2013.

Oral arguments shall be set for Monday, February 11, 2013 at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

Dated:     September 27, 2012                                              _____
                                                                                              CHIEF UNITED STATES DISTRICT JUDGE

2