# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C., by and through his parent and guardian ad litem, T.C. and T.C. individually,<br><br>   Plaintiffs,<br><br>   v.<br><br>OAKDALE JOINT UNIFIED SCHOOL DISTRICT et. al.,<br><br>   Defendants. | Case No. 1:11-cv-01112-SAB<br><br>**ORDER ON STIPULATION AND REQUEST FOR DISMISSAL OF ENTIRE ACTION** |

Pursuant to the stipulation and request for dismissal of entire action executed by all parties, this matter is hereby DISMISSED.

IT IS SO ORDERED.

Dated:   **February 12, 2013**

UNITED STATES MAGISTRATE JUDGE

1